IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3145 |
| | ) | |
| v. | ) | |
| | ) | |
| DAWN STRANGE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion and request for hearing pursuant to Rule 35(b) (Filing No. 47). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) A hearing on plaintiff's Rule 35(b) motion is scheduled for:

**Monday, April 30, 2007, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  Defendant need not be present.

2)  That Adam Sipple is reappointed to represent the defendant for purposes of the Rule 35(b) motion, and the Federal Public Defender shall provide CJA counsel with a new voucher.

DATED this 20th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court