IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3145 |
| | ) | |
| v. | ) | |
| | ) | |
| DAWN STRANGE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the hearing on plaintiff's Rule 35(b) motion is rescheduled for:

**Monday, April 30, 2007, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  Defendant need not be present.

DATED this 24th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court